

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-22-00737-CR

The **STATE** of Texas,
Appellant

v.

Josue Isay **DEL CAMPO-CHAVEZ**,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 11,797
Honorable Jose A. Lopez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE SPEARS, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, the trial court's order granting Appellee's application for pretrial writ of habeas corpus is REVERSED AND REMANDED for further proceedings consistent with this opinion.

SIGNED August 12, 2025.

_H. Todd McCray_
H. Todd McCray, Justice